An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION OF: FREDRICA BALLARD,

FREDRICA CHARLEE BALLARD,
                    Appellant,
          vs.
STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES,
                    Respondent.

No. 67797

**FILED**

APR 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to set aside a termination of parental rights. Eighth Judicial District Court, Family Court Division, Clark County; Frank P. Sullivan, Judge.

Our review of the documents before this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears the district court has not yet entered a final written order, and the notice of appeal was prematurely filed. The district court held its hearing on April 1, 2015, at which time it issued its ruling. To date no written order appears to have been entered. Thus, this appeal is premature and we lack jurisdiction over the appeal at this time. *See* NRAP 4(a)(6) (providing that "[a] premature notice of appeal does not divest the district court of jurisdiction" and that this court "may dismiss as premature a notice of appeal filed after the oral pronouncement of a decision or order but before entry of the written judgment or order"); *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688-89, 747 P.2d 1380, 1381-82 (1987) (explaining that a minute order is ineffective for any purpose and cannot be appealed).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-12094

Appellant may file an appeal after an appealable, written order or judgment is filed. Because we lack jurisdiction over this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Frank P. Sullivan, District Judge, Family Court Division
Fredrica Charlee Ballard
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk